UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| COMMUNITY INSURANCE SERVICES, LTD., | |
|---|---|
| Plaintiff, | Case No. 05-cv-4105-JPG |
| v. | |
| UNITED LIFE INSURANCE COMPANY, FIRST FINANCIAL CORPORATION, and JACQUE S. PENTELL, | |
| Defendants. | |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court, the issues having been heard, and the Court have rendered a decision,

**IT IS ORDERED AND ADJUDGED** that all claims by the plaintiff, Community Insurance Services, Ltd., against Defendants Jacque S. Pentell and United Life Insurance Company in this case are dismissed with prejudice;

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant First Financial Corporation, and against plaintiff Community Insurance Services, Ltd. on all claims and that the claims are dismissed with prejudice.

**DATED: 4/7/08**

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

**APPROVED:** s/ J. Phil Gilbert
          **J. PHIL GILBERT**
          **U.S. District Judge**